UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.
NOTICE OF REMOVAL
[28 U.S.C. §§ 1441 and 1446]

| | |
|---|---|
| BOSTON EXECUTIVE HELICOPTERS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| FRANCIS T. MAGUIRE, individually and in his capacity as Manager of the Norwood Memorial Airport, MARK P. RYAN, individually and in his capacity as Chairman of the Norwood Airport Commission, KEVIN J. SHAUGHNESSY, individually and in his capacity as a Clerk of the Norwood Airport Commission, MARTIN E. ODSTRCHEL, Individually and in his capacity as a Member of The Norwood Airport Commission, MICHAEL SHEEHAN, individually and in his capacity as a Member of the Norwood Airport Commission, LESLIE W. LEBLANC, in his capacity as a Member of the Norwood Airport Commission, PAUL V. SHAUGHNESSY, in his capacity as a Member of the Norwood Airport Commission, and HYLIE HUTCHENS, in his capacity as a Member of the Norwood Airport Commission, NORWOOD AIRPORT COMMISSION, THOMAS J. WYNNE, individually and in his capacity as former Chairman of the Norwood Airport Commission, NORWOOD MEMORIAL AIRPORT, and the TOWN OF NORWOOD, | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, all Defendants ("Defendants"), by and through their undersigned counsel of record, respectfully submit this Notice of Removal of this

881360v1

action from the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, docket number 1582CV01280, in which court the action was originally filed and is pending, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, the Defendants state the following:

1. On or about October 2, 2015, this action was filed by the Plaintiff, Boston Executive Helicopters, LLC ("Plaintiff"), in the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, which is pending as Docket Number 1582 CV 01280. A copy of the Complaint is attached as Exhibit A, the civil action cover sheet is attached as Exhibit B, and the summons is attached as Exhibit C.

2. The Plaintiff's Complaint alleges, in relevant part, that the Defendants have deliberately deprived the Plaintiff of their constitutionally and contractually protected rights and abuses of powers, thus giving rise to various causes of action, including but not limited to claims under 42 U.S.C. § 1983 (*i.e.,* Counts Five, Six and Eight).

3. This District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(a), Defendants are entitled to remove this action to this District Court. All Defendants have assented to this removal.

4. Service was effected on the Defendants on or about October 6 and 7, 2015. Therefore, this Notice of Removal is being timely filed within (30) thirty days after receipt of the Complaint as required by 28 U.S.C. §1446(b). The attached Exhibit A comprises all the pleadings or orders that have been served upon or otherwise received by the Defendants. To the best knowledge of the Defendants, no other parties have been named as defendants in the Complaint and no further proceedings have been held as of the date of this removal.

5. A copy of this Notice of Removal will be filed with the clerk of the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, and served upon the Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Defendants respectfully request that the above action now pending in the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, be removed to this United States District Court for the District of Massachusetts.

Respectfully submitted
The Defendants,
By their attorney,

By: /s/ Brandon H. Moss
Brandon H. Moss, BBO #657461
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, 4th floor
Quincy, MA 02169
Phone: (617) 479-5000
Fax: (617) 479-6469
bmoss@mhtl.com

### CERTIFICATE OF SERVICE

I, Brandon H. Moss, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper and email copies will be sent to those indicated as non-registered participants on October 26, 2015, and by paper copy via overnight mail upon the Norfolk County Superior Court, 650 High Street, Dedham, MA 02025.

By: /s/ Brandon H. Moss
Brandon H. Moss, Esquire