## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON EXECUTIVE HELICOPTERS, LLC, Plaintiff, vs. FRANCIS T. MAGUIRE, *et al.*, Defendants. | C.A. NO. 1:15-cv-13647-RGS |

### JUDGMENT OF DISMISSAL

This action having been reported settled by the parties, the Court entered a Settlement Order of Dismissal on December 7, 2018. On January 23, 2019, the Court granted in part and denied in part plaintiff's Motion to Enforce Settlement Agreement or Vacate Settlement Order of Dismissal and Reopen Case. By Order entered on January 23, 2019, the Court enforced the December 19, 2018 General Release and Settlement reached between the parties, and denied plaintiff's request to vacate the settlement order of dismissal and reopen the case. This case is now closed.

It is hereby ORDERED and ADJUDGED that, in accordance with the Court's Order dated January 23, 2019 and Fed. R. Civ. P. 58(a), final Judgment of Dismissal is hereby entered, without costs or attorneys' fees to any party.

By the Court,

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2019